IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| SAVANNAH WITT,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Cause No. CV-21-31-SEH<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The parties having filed a stipulation for dismissal pursuant to Rule 41, Federal Rules of Civil Procedure (Doc. 8),

ORDERED:

The above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and fees.

DATED this 7th day of October, 2021.

Sam E. Haddon
United States District Court Judge